05/23/03 FRI 07:16 FAX 205 278 1865    JUDGE ROBERT PROPST    →→→ ANNISTON    ☒001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CURTIS D. MILLER )
)
    Plaintiff, )
)
v. ) Civil Action No.: 02-PT-1941-E
)
CITY OF ANNISTON, ALABAMA, )
et al., )
)
    Defendants. )

## SUPPLEMENTAL MEMORANDUM OPINION

This cause comes on to be heard upon defendants' Second Motion for Summary Judgment (Doc. 26), filed on March 5, 2003. The court supplements the Memorandum Opinion of May 20, 2003 by noting the following cases: *Lumley v. City of Dade City*, 327 F.3d 1186 (11th Cir. 2003); *Wood v. Kesler*, 323 F.3d 872 (11th Cir. 2003); *Willingham v. Loughnan*, 321 F.3d 1299 (11th Cir. 2003).

This _23rd_ day of May, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE